UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY G. CRISMAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 12-1871 (TSC) |

### DEFENDANTS' STATUS REPORT[1]

Pursuant to the Court's August 26, 2019 Order, Defendants provide the Court with the following status report.

1. After the Court issued its Memorandum Opinion on September 18, 2018, *see* ECF No. 62, the Parties began conferring about a schedule for further proceedings. As previously reported, Defendants informed Plaintiffs that they planned to file a renewed motion for summary judgment with respect to several counts. Additionally, the Parties began to discuss the Court's order that they meet and confer about the scope of the request submitted to the Department of Homeland Security ("DHS").

2. On August 14, 2019, the Parties participated in a call to discuss the DHS request. This call involved Plaintiff's counsel, the undersigned Assistant United States Attorney

---

[1] Defendants file this as their own status report because, as of the time of this filing, they have not heard from Plaintiff's counsel about this report. In an effort to file this report jointly, undersigned counsel for Defendants sent Plaintiff's counsel a draft of this status report on the morning of Monday, December 2. After not hearing from Plaintiff's counsel, the undersigned e-mailed Plaintiff's counsel at 8:00 a.m. and 2:45 p.m. today, December 4, asking for Plaintiff's comments on the draft report (and noting that the undersigned would need to file the report by 4:00 p.m. today). Additionally, the undersigned called Plaintiff's counsel at 4:00 p.m. today, but he was unable to reach counsel. Accordingly, Defendants file this report as Defendants' Status Report.

("AUSA"), and representatives from several DHS components. Thereafter, the various DHS components considered the request and several matters that Plaintiff's counsel raised on the call. On October 11, 2019, DHS provided Plaintiff with a proposed processing plan. Plaintiff is currently considering that proposed plan.

3. Accordingly, Defendants maintain that the current schedule remains appropriate, whereby the Parties will file another status report by January 4, 2020.

December 4, 2019

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By:   */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Counsel for Defendants*