## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY G. CRISMAN, *et al.*, *Plaintiffs*, v. DEPARTMENT OF JUSTICE, *et al.*, *Defendants*. | Civil Action No. 12-1871 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's August 26, 2019 Order, the Parties provide the Court with the following status report.

1. After the Court issued its Memorandum Opinion on September 18, 2018, *see* ECF No. 62, the Parties began conferring about a schedule for further proceedings. As previously reported, Defendants informed Plaintiffs that they planned to file a renewed motion for summary judgment with respect to several counts. Additionally, the Parties began to discuss the Court's order that they meet and confer about the scope of the request submitted to the Department of Homeland Security ("DHS").

2. On August 14, 2019, the Parties participated in a call to discuss the DHS request. This call involved Plaintiff's counsel, the undersigned Assistant United States Attorney ("AUSA"), and representatives from several DHS components. Thereafter, the various DHS components considered the request and several matters that Plaintiff's counsel raised on the call. On October 11, 2019, DHS provided Plaintiff with a proposed processing plan. Plaintiff is currently considering that proposed plan.

3.  Accordingly, Defendants maintain that the current schedule remains appropriate, whereby the Parties will file another status report by February 3, 2020.

January 3, 2020

Respectfully submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN
D.C. BAR # 924092
Chief, Civil Division

By: */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2551
E-mail: Brian.Field@usdoj.gov

*Counsel for Defendants*

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD 20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*