**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| NANCY CRISMAN, et al., | * |
| Plaintiffs, | * |
| v. | * Civil Action No. 1:12-cv-01871 (TSC) |
| DEPARTMENT OF JUSTICE, et al., | * |
| Defendants. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFFS' UNOPPOSED MOTION TO STAY BRIEFING

NOW COME Plaintiffs to respectfully ask the Court to stay all briefing of Defendants' Renewed Motion for Summary Judgment, Dkt. #83 (filed July 30, 2020).

Plaintiffs have good cause to request this stay. As stated in the previous motion, the undersigned has been in contact with a potential declarant who would offer relevant testimony. The undersigned can now update the Court that the declarant—a former senior official at the Department of Homeland Security ("DHS")—has confirmed that they can provide testimony on several issues in controversy in this case. In fact, this witness is in the process of completing a report directly applicable to the testimony they would offer in this case, which would then have to be submitted to DHS for prepublication review. Because it is currently difficult to predict how long this prepublication review process will take, given the potentially sensitive nature of the matters under discussion (watchlists), it would be impractical to continue to request finite extensions. Accordingly, Plaintiffs request that the Court stay all briefing in this case and order Plaintiffs to inform the Court as soon as the prepublication review process has completed.

Defendants do not oppose this Motion. A proposed Order accompanies this Motion.

Date:   October 21, 2020

                                                  Respectfully submitted,

                                                  /s/ Kelly B. McClanahan
                                                 Kelly B. McClanahan, Esq.
                                                 D.C. Bar #984704
                                                 National Security Counselors
                                                 4702 Levada Terrace
                                                 Rockville, MD  20853
                                                 301-728-5908
                                                 240-681-2189 fax
                                                 Kel@NationalSecurityLaw.org

                                               *Counsel for Plaintiffs*