# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY CRISMAN, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 12-1871 (TSC) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Stephen DeGenaro and remove the appearance of Assistant United States Attorney Brian Field as counsel of record for Defendants in the above-captioned case.

Dated: June 2, 2021

Respectfully submitted,

*/s/ Stephen DeGenaro*
STEPHEN DEGENARO
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
Telephone: (202) 252-7229
Facsimile: (202) 252-2599
stephen.degenaro@usdoj.gov