UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY G. CRISMAN, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF JUSTICE, *et al.*, <br><br> *Defendants*. | Civil Action No. 12-1871 (TSC) |

## DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants respectfully request that the Court enter summary judgment in their favor on the remaining claims in this action (Counts 3, 9, 12, 13 & 15 in Plaintiffs' Complaint). In support of this Motion, Defendants respectfully refer the Court to the accompanying Memorandum of Law and supporting exhibits.

September 23, 2022

Respectfully submitted,

MATTHEW M. GRAVES,
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Stephen DeGenaro*
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-7229
E-mail: Stephen.DeGenaro@usdoj.gov