UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY G. CRISMAN, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>    *Defendants*. | Civil Action No. 12-1871 (TSC) |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S**
**<u>NOTICE OF SUPPLEMENTAL AUTHORITY</u>**

By and through undersigned counsel, the Federal Bureau of Investigation respectfully submits the following response to Plaintiff's most recent filing, styled a "Notice of Supplemental Authority," *see* ECF No. 100, to clarify the factual record regarding records within the Federal Bureau of Investigation's possession.

As stated in the accompanying Second Declaration of Michael G. Seidel ("Second Seidel Decl."), Plaintiffs' counsel submitted a new FOIA request to the FBI seeking information regarding the two reports referenced in the Seidel Declaration included in Defendants' summary judgment briefing.  "Instead of requesting the two referenced reports, Plaintiffs' counsel specifically requested 'the portions of the two reports which pertain to the 'FISA Alert' at issue in this case.'"  Second Seidel Decl. ¶ 7.  The FBI interpreted this request as seeking portions of the 2005 and 2008 reports that explicitly reference the "FISA Alert" at issue in this case, so the agency issued a no-records response.  *Id.* ¶ 8.  The requester failed to submit a timely appeal to the Department of Justice Office of Information Policy.  *Id.*

Upon being served with Plaintiff's Notice of Supplemental Authority, the FBI re-examined this post-summary judgment request from Plaintiff and issued a new response to the FOIA request

by providing Plaintiffs' counsel with the copies of the 2005 and 2008 reports referenced in the summary judgment briefing.  *Id.*  Copies of these reports are attached as exhibits to the Second Seidel Declaration that accompanies this notice.

"An SF-311 is a data collection form completed by only those executive branch agencies that create and/or handle classified national security information." *Id.* ¶ 10.  "The agencies submit the completed forms on an annual basis to Information Security Oversight Office (ISOO), no later than November 15 following the reporting period, for inclusion in a report to the President." *Id.* As stated by Seidel in his prior declaration, "these SF-311 reports inform the DOJ and ISOO of all classification and declassification decisions made by the FBI. This annual report meets the notification requirements under the Delegation Orders" discussed in Defendants' prior briefing. *Id.*

August 25, 2023                                     Respectfully submitted,

                                                    MATTHEW M. GRAVES,
                                                    D.C. Bar #481052
                                                    United States Attorney

                                                    BRIAN P. HUDAK
                                                    Chief, Civil Division

                                    By:     */s/ Stephen DeGenaro*
                                                    STEPHEN DEGENARO
                                                    D.C. Bar #1047116
                                                    Assistant United States Attorney
                                                    601 D Street, N.W.
                                                    Washington, D.C. 20530
                                                    Tel: (202) 252-7229
                                                    E-mail: Stephen.DeGenaro@usdoj.gov

                                                    *Attorneys for the United States of America*