UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY G. CRISMAN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DEPARTMENT OF JUSTICE, *et al.*,<br><br>*Defendants*. | Civil Action No. 12-1871 (TSC) |

**JOINT STATUS REPORT**

By and through undersigned counsel, the parties respectfully submit this Joint Status Report. The parties have met and conferred, and respectfully submit that the issues briefed by the parties in Defendants' Renewed Motion for Summary Judgment (ECF No. 89) and Plaintiff's Cross Motion for Summary Judgment (ECF No. 92) remain ripe for resolution by this Court.

February 14, 2025 / Respectfully submitted,

EDWARD R. MARTIN, JR.
D.C. Bar #481866
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/ Stephen DeGenaro
STEPHEN DEGENARO
D.C. Bar #1047116
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-7229
E-mail: Stephen.DeGenaro@usdoj.gov

*Attorneys for the United States of America*

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20853
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiffs*