UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NANCY CRISMAN, et al. ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 12-1871 (TSC) |
| U.S. DEPARTMENT OF JUSTICE, et al. ) | |
| Defendants. ) | |

**NOTICE OF SUBSTITUTION**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Erika Oblea and remove the appearance of Stephen DeGenaro as counsel of record for Defendants in the above-captioned case.

Dated: June 2, 2025

Respectfully submitted,

*/s/ Erika Oblea*
ERIKA OBLEA
Assistant United States Attorney
D.C. Bar #1034393
601 D Street, N.W., 7th Floor
Washington, D.C. 20530
Tel: (202) 252-2567
Email: Erika.Oblea@usdoj.gov

*Counsel for Defendants*