# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

NANCY CRISMAN, *et al.*,

    Plaintiffs,

v.

DEPARTMENT OF JUSTICE, *et al.*,

    Defendants.

Civil Action No. 12-cv-1871 (TSC)

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 104, Defendants' Renewed Motion for Summary Judgment, ECF No. 89, is GRANTED. The court GRANTS summary judgment and dismisses Counts 3, 9, 12, 13, and 15 of Plaintiffs' Complaint, the only remaining counts. Plaintiffs' Cross Motion for Summary Judgment, ECF No. 92, is DENIED. The Clerk of the Court shall close this case.

Date: February 3, 2026

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge